# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157177

MICHAEL ZORAN,
       Plaintiff-Appellant,

and

KYLE SUNDAY and AUSTIN ADAMS,
       Plaintiffs,

v

TOWNSHIP OF COTTRELLVILLE,
       Defendant,

and

KELLY ANN LISCO, a/k/a KELLY ANN
FISCELLI-LISCO, a/k/a KELLY ANN FISCELLI,
       Defendant-Appellee.

SC: 157177
COA: 334886
St. Clair CC: 13-001841-CZ

_____/

      On order of the Court, the application for leave to appeal the December 28, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2018



Clerk

s1114